■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEFFREY C. SMITH, Appellant. [665 NYS2d 369] —Judgment unanimously affirmed. Memorandum: Defendant's recitation of the facts underlying the robbery charges did not cast significant doubt upon defendant's guilt or otherwise call into question the voluntariness of the plea (*see, People v Lopez*, 71 NY2d 662, 666; *People v Smith*, 187 AD2d 1044). Thus, County Court properly accepted the plea without further inquiry (*see, People v Smith, supra*). The sentence imposed is not unduly harsh or severe. (Appeal from Judgment of Oneida County Court, Buckley, J.—Robbery, 1st Degree.) Present—Green, J. P., Lawton, Wisner, Balio and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARBLE SPIKES, Appellant. [665 NYS2d 369] —Judgment unanimously affirmed. Memorandum: County Court did not err in admitting that portion of defendant's statement that included evidence of an uncharged crime. That evidence was relevant on the disputed issues of intent and acting in concert (*see, People v Carter*, 77 NY2d 95, 107, *cert denied* 499 US 967; *People v Wright*, 226 AD2d 407, *lv denied* 89 NY2d 932; *People v Wright*, 167 AD2d 959, 960, *lv denied* 77 NY2d 845), and the court properly gave limiting instructions with respect to it (*see, People v Till*, 87 NY2d 835, 837; *People v Wright, supra*, at 960). We further conclude that the sentence is not unduly harsh or severe. (Appeal from Judgment of Monroe County Court, Smith, J.—Murder, 2nd Degree.) Present—Green, J. P., Lawton, Wisner, Balio and Boehm, JJ.